IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELIODORO MUNGIA, JR., *Plaintiff,* | § § § § | |
| v. | § § § | A-17-CV-00459-ADA |
| BRENT STROMAN, ET AL, *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 40. The report recommends that Abelino Reyna's Motion to Dismiss (ECF No. 27); Brent Stroman, Manuel Chavez, and Jeffrey Rogers's Motion to Dismiss (ECF No. 28); and Manuel Chavez, Brent Stroman, and Jeffrey Rogers's Motion to supplement (ECF No. 38) be **GRANTED**. The report and recommendation was filed on July 26th, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, no party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske., ECF No. 40, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Abelino Reyna's Motion to Dismiss (ECF No. 27); Brent Stroman, Manuel Chavez, and Jeffrey Rogers's Motion to Dismiss (ECF No. 28); and Manuel Chavez, Brent Stroman, and Jeffrey Rogers's Motion to supplement (ECF No. 38) are **GRANTED**

**IT IS FINALLY ORDERED** that the case is **DISMISSED.**

**SIGNED** this 28th day of August, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**